**No. 10-9339. Charlie Waters, Petitioner v. Burl Cain, Warden.**

563 U.S. 979, 131 S. Ct. 2882, 179 L. Ed. 2d 1196, 2011 U.S. LEXIS 3497.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9376. Antonio Tisdale, Petitioner v. South Carolina.**

563 U.S. 979, 131 S. Ct. 2882, 179 L. Ed. 2d 1196, 2011 U.S. LEXIS 3419.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 382 Fed. Appx. 259.

**No. 10-9378. Helen K. Tidwell, Petitioner v. Florida.**

563 U.S. 979, 131 S. Ct. 2883, 179 L. Ed. 2d 1196, 2011 U.S. LEXIS 3400,

May 2, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 55 So. 3d 1290.

**No. 10-9382. Fortino Avila-Canchola, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 979, 131 S. Ct. 2883, 179 L. Ed. 2d 1196, 2011 U.S. LEXIS 3450.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 398 Fed. Appx. 317.

**No. 10-9398. Zachariah A. Surgick, Petitioner v. Deputy Warden Martinez, et al.**

563 U.S. 979, 131 S. Ct. 2883, 179 L. Ed. 2d 1196, 2011 U.S. LEXIS 3468.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9443. Bruce L. Franzen, Petitioner v. E. K. McDaniel, Warden, et al.**

563 U.S. 979, 131 S. Ct. 2883, 179 L. Ed. 2d 1196, 2011 U.S. LEXIS 3438.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 405 Fed. Appx. 227.

**No. 10-9452. Herman T. Clark, Petitioner v. Leon Wilson.**

563 U.S. 979, 131 S. Ct. 2884, 179 L. Ed. 2d 1196, 2011 U.S. LEXIS 3375.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 625 F.3d 686.